UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 18-CR-5384-WQH |
| Plaintiff, | ) ) | JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT |
| v. | ) ) | |
| JOSE APOLINAR GONZALEZ, | ) ) | |
| Defendant. | ) ) | |

Upon motion of the UNITED STATES OF AMERICA (ECF No. 44) and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: January 30, 2020

Hon. William Q. Hayes
United States District Court